

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00471-CR

Caleb Patrick **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's October 1, 2021 judgment is AFFIRMED.

SIGNED August 2, 2023.

_____
Beth Watkins, Justice